# UNITED STATES DISTRICT COURT

for the
Eastern District of Arkansas

| | | |
|---|---|---|
| **LISA BUCKNER, on behalf of herself and others similarly situated**<br>*Plaintiff*<br>v.<br>**ACCUQUOTE, INC.**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 4:26-cv-876-KGB |

## AFFIDAVIT OF SERVICE

I, Jamie L. White, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ACCUQUOTE, INC. in Sangamon County, IL on August 31, 2026 at 10:41 am at 801 Adlai Stevenson Dr, Springfield, IL 62703-4261 by leaving the following documents with Alyssa Roberts who as INTAKE_SPECIALIST at CSC is authorized by appointment or by law to receive service of process for ACCUQUOTE, INC..

COMPLAINT – CLASS ACTION
SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET

Additional Description:
Photo taken
Race: White, Sex: Female, Est. Age: 18-24, Hair: Brown, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est.

Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.7577883333,-89.64422
Photograph: See Exhibit 1

Total Cost: $99.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Sangamon County,
IL on 8/31/2026.

/s/ *Jamie L. White*
Signature
Jamie L. White
+1 (217) 801-3585


Exhibit 1a)
CSC