(Rev. 12/1/2018)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

Lisa Buckner, on behalf of herself and others similarly situated,

*Plaintiff*

v.

ACCUQUOTE, INC.

*Defendant*

) Case No. 4:26-cv-876-KGB
)
)
)
)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendant Accuquote, Inc.

.

Date: October 6, 2026

Judy Simmons Henry - AR 84069
*Attorney's printed name and bar number*

200 W. Capitol Ave., Suite 2300, Little Rock, AR ´
*Address*

jhenry@wlj.com
*E-mail address*

501-371-0808
*Telephone number*

501-376-9442
*FAX number*