UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LISA BUCKNER, on behalf of herself and others similarly situated** **PLAINTIFF**

**v.** **Case No. 4:26-cv-876-KGB**

**ACCUQUOTE, INC.** **DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 6.2(a), Defendant Accuquote, Inc. ("Accuquote"), by and through the undersigned counsel, moves for an unopposed extension of time for Accuquote to file a response to the complaint, ECF No. 1, and states as follows:

1. The complaint was filed on August 25, 2026.

2. Accuquote was served with the summons and complaint on August 31, 2026. ECF No. 4.

3. Prior to the time for filing a response, Accuquote requested additional time to respond to the complaint until and including October 21, 2026, and Plaintiff agreed.

4. Accuquote seeks the entry of an order granting this unopposed motion and extending the time for it to respond to the complaint until and including October 21, 2026.

WHEREFORE, Accuquote respectfully requests that the Court enter an order granting this motion to extend time for filing a response/answer to October 21, 2026.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Telephone: (501) 371-0808
Facsimile: (501) 376-9442
Email: jhenry@wlj.com

By: *_/s/ Judy S. Henry_*______________
Judy Simmons Henry (84069)