**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LISA BUCKNER,**
**Individually and on behalf**
**of others similarly situated** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00876-KGB**

**ACCUQUOTE, INC.** **DEFENDANT**

**ORDER**

Before the Court is defendant Accuquote, Inc.'s (hereinafter "Accuquote") unopposed motion for extension of time for defendant to respond to complaint (Dkt. No. 6). Accuquote states that prior to the time for filling a response to the complaint it requested additional time from plaintiff Lisa Buckner, individually and on behalf of others similarly situated, and Buckner agreed to the request (*Id.*, ¶ 3). Accuquote now seeks the entry of an Order granting its unopposed motion (*Id.*, ¶ 4). For good cause shown, the Court grants Accuquote's unopposed motion for extension of time (*Id.*). The time for Accuquote to respond to the complaint is extended to, and including, October 21, 2026.

So ordered this 6th day of October, 2026.

Kristine G. Baker
Chief United States District Judge