**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**

RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**
**CLERK**

(501) 604-5351

October 7, 2026

Judy Simmons Henry
200 West Capitol Avenue Suite 2300
Little Rock, Arkansas 72201

Re: Deficiency Filing #5, Notice of Appearance
Case No. 4:26-CV-00876-KGB, Buckner v. Accuquote Inc

Dear Ms. Henry:

The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1).

To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing. Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

Sincerely,

TAMMY H. DOWNS, CLERK

By: J. Kornegay
Deputy Clerk