**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LISA BUCKNER, on behalf of herself and others similarly situated** **PLAINTIFF**

**v.** **Case No. 4:26-cv-876-KGB**

**ACCUQUOTE, INC.** **DEFENDANT**

**STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Defendant Accuquote, Inc., through its undersigned counsel, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Accuquote, Inc., is a wholly-owned subsidiary of Life Distributors, LLC.

2. Life Distributors, LLC is a whole-owned subsidiary of Abacus Global Management, Inc., a publicly traded company.

3. Based on the information currently available, there is no publicly traded corporation that owns more than 10% of the stock of Abacus Global Management.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Telephone: (501) 371-0808
Facsimile: (501) 376-9442
Email: jhenry@wlj.com

By: */s/ Judy S. Henry*
Judy Simmons Henry (84069)

*Attorneys for Defendant Accuquote, Inc.*